1022

No. 95–8465. LONG v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–8466. McCOY, ON BEHALF OF McCOY v. CHATER, COMMISSIONER OF SOCIAL SECURITY. C. A. 6th Cir. Certiorari denied.

No. 95–8483. BARRIOS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–8534. JUVENILE MALE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–8537. SMYTH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–8591. McCALLUM v. EDISON COMMUNITY COLLEGE. C. A. 11th Cir. Certiorari denied.

No. 95–8681. SIEGEL v. COURT OF APPEAL OF CALIFORNIA, SECOND APPELLATE DISTRICT. Sup. Ct. Cal. Certiorari denied.

No. 95–8686. PORRATA v. PETERS, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–8697. GULBRANDSON v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 95–8699. DUNN v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 95–8702. NICHOLS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–8703. JACKSON v. YLST, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 95–8705. LEKHOVITSER v. LEKHOVITSER. Sup. Ct. Fla. Certiorari denied.

No. 95–8706. LIGHTNER v. DIXON LUMBER CO. ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–8713. BRAUN v. STOTTS ET AL. C. A. 10th Cir. Certiorari denied.